IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                 :
:
       Plaintiff,

   v.                                                                    No. 05- 142M-MPT

DEMETRIUS BROWN,

       Defendant.

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney, and hereby moves this Honorable Court to seal the criminal complaint and attached affidavit, arrest warrant, this Motion and Order to Seal, and the related file in the above-captioned case, as the defendant has not yet been apprehended.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                         BY:  _____
                                        Douglas E. McCann
                                        Assistant United States Attorney

Dated: December 23, 2005

           **AND NOW** this <u>23rd</u> day of <u>December</u>, 2005, based upon the foregoing Motion, **IT IS ORDERED** that the criminal complaint and attached affidavit, arrest warrant, Motion and Order to Seal, and the related file in the above-captioned case be **SEALED** until further Order of the Court.

                                         _____
                                         Honorable Kent A. Jordan
                                         United States District Judge
                                         District of Delaware

FILED
DEC 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE