*FILED IN OPEN COURT 1/3/06 KJL*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 05-142M |
| | ) |
| DEMETRIUS BROWN, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Richard G. Andrews, Assistant United States Attorney for the District of Delaware, moves that the Criminal Complaint and File in this case be unsealed.

COLM F. CONNOLLY
United States Attorney

By: *Richard G. Andrews*
Richard G. Andrews
Assistant United States Attorney

Dated: January 3, 2006

AND NOW, to wit, this __3__ day of __January__, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be unsealed.

*Mary Pat Thynge*
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE