AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

DEMETRIUS BROWN

**WARRANT FOR ARREST**

CASE NUMBER: 05- 142M-MPT



SEALED (crossed out) UNSEALED 1/3/06

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Demetrius Brown, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference **and bring him to the nearest magistrate to answer a(n)**

__ Indictment __ Information __X__ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

**charging him with** (brief description of offense)

knowingly possessing, with intent to distribute, a controlled substance,

in violation of Title __21__ United States Code, Section (s) __841(a)(1)__ .

Honorable Kent A. Jordan
Name of Issuing Officer

Signature of Issuing Officer

United States District Judge
District of Delaware
Title of Issuing Officer

December 23, 2005     Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

FILED
FEB 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Demetrius Brown | | |
| DATE RECEIVED 12-23-05 | NAME AND TITLE OF ARRESTING OFFICER Williams | SIGNATURE OF ARRESTING OFFICER William Paw |
| DATE OF ARREST 1-3-06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest